## STATEMENT OF FACTS

On July 26, 2018, special agents with the Bureau of Alcohol, Tobacco, Firearms, and Explosives received information that a female had been purchasing firearms in Northern Virginia. A multiple sales summary revealed that between July 18 and July 25, 2018, that eighteen handguns were purchased by the female.

On July 27, 2018, the Virginia State Police notified the ATF that this female was at the gun show in Chantilly, Virginia, and attempting to purchase two firearms. A short time later ATF special agents established a surveillance at that gun show. The female, later identified as Jazmin Wilburn, was with a male, who was later identified as Isaiah Green.  Green was with Wilburn when Wilburn purchased four firearms at that gun show, and Green handed Wilburn the envelope with the money that Wilburn used to purchase the firearms.  Wilburn and Green then left the gun show and drove into the District of Columbia to the 600 block of Mellon Street, S.E., Washington, D.C.  Once Wilburn parked the vehicle, law enforcement activated their vehicle emergency equipment and approached the vehicle Wilburn was driving.  Wilburn and Green were ordered from the vehicle.  A member of law enforcement conducted a protective pat down of Green and recovered from his right front pants pocket a Jimenez Arms Inc., .380 caliber semi-automatic pistol, which had been purchased by Wilburn from the gun show.  Three additional firearms purchased by Wilburn from the gun show were recovered from the automobile.  Wilburn and Green were placed under arrest.  After arrest, Wilburn gave verbal and written consent to search her residence at 3900 4th Street, S.E., Apt. #3, Washington, D.C., and gave law enforcement the key to her apartment.  Law enforcement recovered from that apartment five semi-automatic pistols, assorted ammunition, and mail matter in Wilburn's and Green's names.  All of the firearms appeared to fully functional, and some serial numbers were obliterated. Additionally, a sanding tool and hand files were recovered from the location.  None of the recovered firearms were registered to either Wilburn or Green in the District of Columbia.  After Wilburn was advised of her Miranda rights and waived them, Wilburn stated that she and Green worked together, had purchased over thirty firearms since June 27, 2018, and resold those firearms to other individuals on multiple occasions.  After Green was arrested he was advised of his Miranda rights, orally waived those rights and stated that he was currently living at Wilburn's apartment.  Green also said that he and his girlfriend (Wilburn) had a verbal altercation in the car, and placed one of the

purchased firearms from the gun show in his pants pocket.  On July 30, 2018, a records check was conducted with the Federal Licensing System and there are no licenses or pending applications for Wilburn and Green to deal in firearms in any jurisdiction in the United States.

_____
OFFICER HERBERT LEBOO
Bureau of Alcohol, Tobacco,
Firearms and Explosives Task Force

SWORN AND SUBSCRIBED BEFORE ME ON THE \_\_\_\_\_ DAY OF JULY, 2018.

_____
UNITED STATES MAGISTRATE JUDGE